In the Matter of the Application of EARLE GOLDEN, Appellant, for a Peremptory Order of Mandamus to Show Cause, against WALTER B. MARTIN, as Warden of Clinton Prison, and Others, Dannemora, New York, Respondents.— Appeal from an order of the Special Term of Supreme Court, entered in the Clinton county clerk's office on December 15, 1941, dismissing a writ of habeas corpus and remanding prisoner to the custody of the warden of Clinton Prison. Relator was convicted on June 29, 1933, of the crime of robbery, second degree, and sentenced as a third offender to a term of fifteen years. He was received in State prison on July 21, 1933. His claim seems to be that he is entitled to a total of seventeen and one-half days per month as time allowable and deductible from his term of imprisonment imposed by the court; ten days of this credit is claimed by virtue of chapter 731 of the Laws of 1934. Order unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THELMA CUNNINGHAM, an Infant, by H. MAUD CUNNINGHAM, Her Guardian ad Litem, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent. (Claim No. 25677.) LEWIS L. CUNNINGHAM, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 25678.) — Appeal by the State from a judgment of the Court of Claims for $25,000 to the infant claimant for damages suffered when a bob sled tipped over and threw her upon the frozen surface of the sled run, and $5,000 to the father for care and medical attention. The infant claimant also appeals from the judgment on the ground of inadequacy. The finding of negligence and lack of contributory negligence is sustained, and there is no arguable controversy on those issues. The extent of the injuries suffered by the infant are such that we believe the judgment was inadequate and that it should be increased to the sum of $40,000. Judgment of Lewis L. Cunningham against the State of New York, affirmed. Judgment of Thelma Cunningham, an infant, by H. Maud Cunningham, her guardian ad litem, against the State of New York modified by increasing the judgment for $25,000 to $40,000 damages and, as so modified, affirmed. Claimant's attorneys are allowed one bill of costs. The court reverses the finding of fact contained in the portion of the decision captioned Conclusions of Law whereby the damages of the infant are found to be $25,000. The court makes the finding that the infant claimant suffered damages to the extent of $40,000 and that she is entitled to a judgment against the State of New York for the sum of $40,000. Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.